**STATE of Missouri, Respondent,**

v.

**Willie PORTWOOD, Appellant.**

**Willie PORTWOOD, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 69705, 71842.

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 14, 1997.

Charles E. Kirksey, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., RHODES RUSSELL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendant appeals the judgment entered upon his conviction by a jury of first degree robbery, in violation of section 569.020 RSMo 1994. Defendant also appeals the denial of his Rule 29.15 post-conviction motion following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We affirm the judgments pursuant to Rule 30.25(b) and Rule 84.16(b).